THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHIRLEY MCCOLLUM, individually and on behalf of all others similarly situated,** | |
| **Plaintiff,** | Case No. 16 C 08289 |
| v. | Judge Maria Valdez |
| **ENOVA INTERNATIONAL, INC.,** | |
| **Defendant.** | |

## FINAL APPROVAL ORDER AND JUDGMENT

The Court having held a Final Approval Hearing on October 18, 2017, notice of the hearing having been duly given in accordance with this Court's Order (1) Preliminarily Approving Class Action Settlement, (2) Conditionally Certifying a Settlement Class, (3) Approving Notice Plan and (4) Setting Final Approval Hearing (the "Preliminary Approval Order"), and having considered all matters submitted to it at the Final Approval Hearing and otherwise, and finding no just reason for delay in entry of this Final Approval Order and good cause appearing therefore,

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement and Release dated June 9, 2017, including its Exhibits (the "Agreement"), and the definition of words and terms contained therein, are incorporated by reference and are used hereafter. The terms and definitions of this Court's Preliminary Approval Order (Docket Entry 37) are also incorporated by reference in this Final Approval Order.

2. This Court has jurisdiction over the subject matter of the Action and over the Parties, including all Settlement Class Members with respect to the Settlement Class certified for settlement purposes in this Court's Preliminary Approval Order, as follows:

SETTLEMENT CLASS: All persons who (1) worked for Defendant and were paid an hourly rate (2) during the period of time from June 7, 2014 through May 4, 2017, and who (3) worked over forty (40) hours per week in any given workweek according to Enova's payroll records.

3. The Court hereby finds that the Agreement is the product of arm's length settlement negotiations between Plaintiff and Enova.

4. The Court hereby finds and concludes that Class Notice was disseminated to persons in the Settlement Class in accordance with the terms of the Agreement and that the Class Notice and its dissemination were in compliance with this Court's Preliminary Approval Order.

5. The Court further finds and concludes that the Class Notice and claims submission procedures set forth in the Agreement fully satisfy 29 U.S.C. § 216, Rule 23 of the Federal Rules of Civil Procedure, and the requirements of due process, were the best notice practicable under the circumstances, provided due and sufficient individual notice to all persons in the Settlement Class who could be identified through reasonable effort and support the Court's exercise of jurisdiction over the Settlement Class as contemplated in the Agreement and this Final Approval Order.

6. The Court hereby finally approves the Agreement and finds that the terms constitute, in all respects, a fair, reasonable and adequate settlement as to all Settlement Class Members in accordance with 29 U.S.C. § 216 and Rule 23 of the Federal Rules of Civil Procedure.

7. The Court hereby finally certifies the Settlement Class for settlement purposes. The Court finds for settlement purposes that the Action satisfies all the requirements of 29 U.S.C. § 216 and Rule 23 of the Federal Rules of Civil Procedure.

8. The Court hereby approves the plan of distribution for the Settlement Fund as set forth in the Agreement. The Claims Administrator is hereby ordered to comply with the terms of

the Agreement with respect to distribution of Settlement Awards and any Remainder Distribution thereafter.

9. This Court hereby dismisses this Action, with prejudice, without costs to any party, except as expressly provided for in the Agreement.

10. As of the Effective Date, the Plaintiff and each and every one of the Settlement Class Members unconditionally, fully and finally release and forever discharge the Released Parties from the Released Claims.

11. Plaintiff and each and every Settlement Class Member, and any person actually or purportedly acting on behalf of Plaintiff or any Settlement Class Member, are hereby permanently barred and enjoined from commencing, instituting, continuing, pursuing, maintaining, prosecuting or enforcing any Released Claims (including, without limitation, in any individual, class or putative class, representative or other action or proceeding), directly or indirectly, in any judicial, administrative, arbitral or other forum, against the Released Parties. This permanent bar and injunction is necessary to protect and effectuate the Agreement, this Final Approval Order and this Court's authority to effectuate the Agreement, and is ordered in aid of this Court's jurisdiction and to protect its judgments.

12. The Agreement (including any and all exhibits attached thereto) and any and all negotiations, documents, and discussions associated with it will not be deemed or construed to be an admission or evidence of any violation of any statute, law, rule, regulation or principle of common law or equity, or of any liability or wrongdoing by Enova, or the truth of any of the claims. Evidence relating to the Agreement will not be discoverable or used, directly or indirectly, in any way, whether in the Action or in any other action or proceeding, except (1) for purposes of demonstrating, describing, implementing or enforcing the terms and conditions of

the Agreement, the Preliminary Approval Order and/or this Final Approval Order; and (2) Enova may admit the Settlement, and/or any act performed or document executed pursuant to or in furtherance of the Settlement, into evidence for any purpose in any proceeding it may bring against anyone other than Plaintiff or a Class Member.

13. By incorporating the Agreement and its terms herein, the Court determines that this Final Approval Order complies in all respects with Federal Rule of Civil Procedure 65(d)(1).

14. The Court approves Class Counsel's application for $50,160.00, which is 33% of the Settlement Amount, in attorneys' fees and costs, and a service award for Plaintiff in the amount of $2,000.

**SO ORDERED.**  **ENTERED:**

**DATE:** **October 20, 2017**

_____
**HON. MARIA VALDEZ**
**United States Magistrate Judge**